C-13-15(a)Motion  
(Rev. 10/06)

**UNITED STATES BANKRUPTCY COURT**  
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| RULON, MICHAEL PATRICK    xxx-xx-0698 | ) | |
| 150 SUNRISE ACRES | ) | |
| STOKESDALE, NC 27357 | ) | No:   18-10387    C-13G |
| | ) | |
| | ) | |
| Debtor | ) | |

The undersigned Standing Trustee respectfully moves the Court for an Order as follows:

This Plan was confirmed July 18, 2018.  The current plan payment is $1,800.00 per month and a review of the plan indicates that the plan payment is insufficient to deal with plan debt due to a mortgage payment change in the case. The Trustee estimates plan payment will need to increase to at least $1,840.00 per month effective November 2020 in order to deal with plan debt.  The Trustee recommends that an Order be entered modifying the plan with plan payment to increase to $1,840.00 per month effective November 2020.

Date:  September 21, 2020                                                                                s/Anita Jo Kinlaw Troxler  
AJKT:lac                                                                                                             Standing Trustee

---

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before  October 23, 2020  with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*PO Box 26100*  
*Greensboro, NC 27402-6100*

If no objections are filed within the time period, the Court will consider this motion without a hearing.  If objections are timely filed, a **telephonic hearing** on the motion will be held on November 10, 2020 at 2:00 p.m.  **In the event a hearing is to be held, to participate in the hearing, parties are instructed to dial 877-848-7030 and provide access code 8852513 when prompted to do so**.

Date:  **September 23, 2020**                                                                        OFFICE OF THE CLERK  
                                                                                                                      U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
18-10387 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

MICHAEL PATRICK RULON
150 SUNRISE ACRES
STOKESDALE, NC 27357

TOMMY S BLALOCK III ESQ
BLALOCK LAW OFFICES PA
620 GREEN VALLEY RD STE 209
GREENSBORO, NC 27408